# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 26, 2020

### NO. 03-18-00122-CR

**The State of Texas, Appellant**

**v.**

**Gloria Elizabeth Romero-Perez, Appellee**

**APPEAL FROM THE 207TH DISTRICT COURT OF COMAL COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
REVERSED AND REMANDED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order granting Romero-Perez a new trial, and remands this cause to the district court with instructions to reinstate the judgment of conviction and the sentence in accordance with the jury's verdict. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.